1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JESSYKA GAMA, on behalf of X.L.,          No. 2:17-CV-1969-CMK

12                    Plaintiff,

13        vs.                                    <u>ORDER</u>

14   COMMISSIONER OF SOCIAL
     SECURITY,
15
                     Defendant.
16
     _____ /
17

18             Plaintiff, who is proceeding with retained counsel, brings this action under

19   42 U.S.C. § 405(g) for judicial review of a final decision of the Commissioner of Social Security.

20   Pursuant to the court's scheduling order, plaintiff is required to prosecute this action by either

21   seeking voluntary remand or filing a dispositive motion within 45 days from the date of service

22   of the administrative record by defendant.  Plaintiff was warned that failure to comply may result

23   in dismissal of this action for lack of prosecution and failure to comply with court rules and

24   orders.  <u>See</u> Local Rule 110.  A review of the docket reflects that the answer and certified

25   administrative record were served on January 16, 2018.  To date, plaintiff has not filed a

26   dispositive motion.

                                            1

Plaintiff shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to file a dispositive motion. Plaintiff is again warned that failure to respond to this order may result in dismissal of the action for the reasons outlined above, as well as for failure to prosecute and comply with court rules and orders. See id.

IT IS SO ORDERED.


DATED: March 26, 2018

_Craig M. Kellison_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE