**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**GAMA o/b/o X.L.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| GAMA on behalf of X.L., | No.   2:17-CV-01969-CMK |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| NANCY BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to April 4, 2018.

This is a first extension. Plaintiff's counsel did not contact defendant's counsel requesting this extension until March 16, 2018, at which time approximately this date was proposed. The requested extension is because plaintiff's counsel twice traveled to Southern California for

[Pleading Title] - 1

multiple days at the end of February and early March for a conference and for a hearing, and travels again to Oregon for a hearing before this due date. In between, multiple other hearings were done. But primarily the reason for this request was the necessity to spread the due dates of several other opening and reply briefs out over approximately a month, many of which otherwise fell due in the first part of March. This is the equivalent of an approximately 30-day extension from the due date based on when the record was lodged.

Dated: March 26, 2018

        ___/s/_____
JESSE S. KAPLAN
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: March 26, 2018     /s/ per e-mail authorization

BEATRICE NA
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

    For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is extended to April 4, 2018.

    SO ORDERED.

Dated: March 28, 2018

                                                                               CRAIG M. KELLISON
                                                                             UNITED STATES MAGISTRATE JUDGE