**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JESSYKA GAMA o/b/o**
**X.L.**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **JESSYKA GAMA o/b/o**<br>**X.L.,** | No.   2:17-CV-01969-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER**<br>**FOR  EXTENSION OF**<br>**TIME TO FILE PLAINTIFF'S**<br>**REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Deputy Commissioner,**<br>**performing the duties and functions not**<br>**reserved to the Commissioner of Social Security,** | |
| **Defendant.** _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to June 1, 2018.

This is a first extension of one week, which should not significantly prejudice the parties or court,

Dated: May 25, 2018  /s/  *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: May 25, 2018   */s/ per e-mail authorization*

BEATRICE NA
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is extended to June 1, 2018.

SO ORDERED.

Dated: May 30, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE