**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JESSYKA GAMA o/b/o**
**X.L.**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| **JESSYKA GAMA o/b/o X.L.,** | No.   2:17-CV-01969-CMK |
| **Plaintiff,** | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY BRIEF** |
| **v.** | |
| **NANCY BERRYHILL, Deputy Commissioner, performing the duties and functions not reserved to the Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a reply brief is extended to June 4, 2018.

[Pleading Title] - 1

This is a second extension of one business day. Plaintiff's counsel was scheduled to have his internet service provider changed and his office computers re-networked during the afternoon of June 1. This was subsequently rescheduled after this extension was requested, but counsel also filed a Ninth Circuit reply brief May 31 and was in a hearing part of June 1

Dated: June 4, 2018 /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: June 4, 2018 */s/ per e-mail authorization*

BEATRICE NA
Special Assistant U.S. Attorney
Attorney for Defendant

## **ORDER**

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a reply brief is granted and plaintiff's reply brief, filed on June 4, 2018, is deemed timely.

SO ORDERED.

Dated: June 6, 2018

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE